```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOBO PEGUERO-CARELA,

                Petitioner,

-against-

J.L. JAMISON, Warden,

                Respondent.

1:23-CV-4025 (AT) (KHP)

ORDER

**KATHARINE H. PARKER, United States Magistrate Judge**

Respondent's counsel erroneously appears on the docket as both Petitioner's and Respondent's counsel. By **September 22, 2023**, Respondent's counsel is ordered to contact ECF services to resolve this issue.

**SO ORDERED**

Dated: September 15, 2023
New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge