USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOBO PEGUERO-CARELA,

                Petitioner,

-against-

J.L. JAIMISON, Warden,

                Respondent.

1:23-CV-4025 (AT) (KHP)

**ORDER**

**KATHARINE PARKER, United States Magistrate Judge:**

      The Court advises Petitioner that Respondent filed a response on September 27, 2023. Petitioner's reply to that response was due on October 27, 2023. Nevertheless, in light of Plaintiff's pro se status, the Court extends Petitioner's time to file a reply to **Monday, February 5, 2024,** *nunc pro tunc*. If no response is received by that date, the Court will decide the underlying motion on the existing record. The Clerk of the Court is respectfully directed to mail a copy of this order to the Petitioner to ensure it is received.

SO ORDERED.

Dated:   January 4, 2024
           New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge