```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOBO PEGUERO-CARELA,

                Petitioner,

-against-

J.L. JAIMISON, Warden,

                Respondent.

1:23-CV-4025 (AT) (KHP)

**ORDER**

**KATHARINE PARKER, United States Magistrate Judge:**

        The Court has taken notice that Petitioner has been moved to a new facility and did not receive the Court's previous order at ECF No. 16. The Court advises Petitioner that Respondent filed a response on September 27, 2023. Petitioner's reply to that response was due on October 27, 2023 which was extended in the order at ECF No. 16 until February 5, 2024. Petitioner must file any reply to the response by **Monday, March 18, 2024,** *nunc pro tunc*. If no response is received by that date, the Court will decide the underlying motion on the existing record. The Clerk of the Court is respectfully directed to mail a copy of this order and the order at ECF No 16 to the Petitioner, by addressing the package to: Jacobo Peguero-Carela, Reg. 07916-069, FCI JESUP, FEDERAL CORRECTIONAL INSTITUTION, 2680 301 SOUTH, JESUP, GA 31599

SO ORDERED.

Dated:   January 4, 2024
              New York, New York

*Katharine H. Parker*

                                         KATHARINE H. PARKER
                                         United States Magistrate Judge