```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JACOBO PEGUERO-CARELA,

                    Petitioner,

-against-

J.L. JAIMISON, Warden,

                    Respondent.

23 Civ. 4025 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated February 1, 2024, Judge Katharine H. Parker advised the Clerk of Court that Petitioner had been moved from FCI Otisville to FCI Jesup and that, going forward, case filings should be mailed to him there. ECF No. 17. On September 18, 2024, Judge Parker filed her report and recommendation (the "R&R"). ECF No. 21. The docket reflects that the R&R was sent to FCI Otisville, and as of today's date, the docket still does not reflect that Petitioner has been moved to FCI Jesup.

      Accordingly, the Clerk of Court is respectfully directed to update Petitioner's address on the docket to: Jacobo Peguero-Carela, Reg. 07916-069, FCI Jesup, Federal Correctional Institution, 2680 301 South, Jesup, GA 31599. The Clerk of Court is also directed to mail copies of this order and the R&R to Petitioner at the updated address.

      Petitioner is reminded that he has **seventeen days** from service of the R&R to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

      SO ORDERED.

Dated: October 15, 2024
       New York, New York

ANALISA TORRES
United States District Judge