```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOBO PEGUERO-CARELA,

          Petitioner,

-against-

J.L. JAIMISON, Warden,

          Respondent.

23 Civ. 4025 (AT) (KHP)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    On April 17, 2023, Petitioner *pro se*, Jacobo Peguero-Carela, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On May 19, 2023, the Court referred the petition to the Honorable Katharine H. Parker, who ordered the Government to respond. ECF Nos. 3–4. The Government filed its opposition in September 2023, and Petitioner submitted his reply in March 2024. ECF Nos. 13, 20.

    After careful consideration, Judge Parker issued a report and recommendation (the "R&R") recommending that Peguero-Carela's petition be denied. ECF No. 21. Despite being notified of his right to object to the R&R, Peguero-Carela did not file any objections, and the time to do so has now passed. *See* R&R at 15; Fed. R. Civ. P. 72(b)(2); Dkt. Entry 10/16/24. The Court, therefore, reviews the R&R for clear error. *See Whitley v. Bowden*, No. 17 Civ. 3564, 2019 WL 1953941, at *1 (S.D.N.Y. May 1, 2019) (collecting cases). The Court finds no clear error in Judge Parker's well-reasoned R&R.

    Accordingly, the Court ADOPTS Judge Parker's R&R in its entirety and DENIES Peguero-Carela's petition. The Clerk of Court is respectfully directed to close the case and mail a copy of this order to Petitioner *pro se*.

    SO ORDERED.

Dated: January 8, 2025
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge