**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JACOBO PEGUERO-CARELA,

                        Petitioner,                        23 **CIVIL** 4025 (AT)(KHP)

        -against-                                **JUDGMENT**

J.L. JAIMISION, Warden,

                        Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 8, 2025, the Court has ADOPTED Judge Parker's R&R in its entirety and Peguero-Carela's petition is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
           January 10, 2025

                                                         **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                 **BY:**                      K. Mango

                                                         **Deputy Clerk**